Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re:

CURRIE TECHNOLOGIES, Inc.,

Debtor

Case No.: 1:07-BK-12609-GM

Chapter 11

**NOTICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL INSOLVENCY COUNSEL**

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that on November 26, 2007, the Official Committee of Unsecured Creditors of Currie Technologies, Inc. (the "Committee"), submitted to the Office of the United States Trustee its application (the "Application") to employ Pachulski Stang Ziehl & Jones LLP (the "Firm") as general insolvency counsel to perform the following services in connection with this chapter 11 case:

to assist, advise and represent the Committee in its consultations with the Debtor regarding the administration of this case;

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

to assist, advise and represent the Committee in analyzing the Debtor's assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

to assist, advise and represent the Committee in any manner relevant to reviewing and determining Debtor's rights and obligations under leases and other executory contracts;

to assist, advise and represent the Committee in connection with any review of management, compensation issues, analysis of retention or severance benefits, or other management related issues;

to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and financial condition of the Debtor, the operation of the Debtor's business and the desirability of the continuance of any portion of the business, and any other matters relevant to this case or to the formulation of a plan;

to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization;

to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under section 1104 of the Bankruptcy Code;

to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee;

to assist, advise and represent the Committee in the evaluation of claims and on any litigation matters; and

advise the Committee on issues regarding conflicts of interest.

A true and correct copy of the Application can be obtained by contacting Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067, (310) 277-6910, Facsimile (310) 201-0760.

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

**PLEASE TAKE FURTHER NOTICE** that, subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guides, and this Court's rules, the Committee proposes that the Firm be paid according to its customary hourly rates in effect from time to time and to reimburse the Firm according to its customary reimbursement policies. The attorney currently expected to be principally responsible for this matter, and his hourly rates, is as follows: Malhar S. Pagay ($450). The hourly rate for Beth Dassa, the paralegal assigned to this case, is $165.

**PLEASE TAKE FURTHER NOTICE** that it is contemplated that the Firm may seek interim compensation during the case as permitted by sections 328(a) and 331(a) of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in this case is subject to the prior approval of this Court. No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 328(a) and 331(a) of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and the Guide to Applications for Professional Compensation issued by the Office of the United States Trustee.

The Application has been submitted to the Office of the United States Trustee for review and comment prior to filing.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(a)(7) requires that any response to the Motion be filed with the Court and served upon counsel for the Committee at the address set forth in the upper left-hand corner of the first page hereof at least fourteen (14) days prior to the hearing date. Pursuant to Local Bankruptcy Rule 9013-1(a)(11), the failure to

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

timely file and serve written opposition may be deemed by the Court to be consent to the granting of the relief requested in the Motion.

Dated: November 26, 2007

PACHULSKI STANG ZIEHL & JONES LLP

By /s/Malhar S. Pagay
Malhar S. Pagay
[Proposed] Attorneys for the Official Committee of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Michelle F. Evans, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

On November 26, 2007, I caused to be served the NOTICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL INSOLVENCY COUNSEL in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☐ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on November 26, 2007, at Los Angeles, California.

Michelle F. Evans
Michelle F. Evans

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**SERVICE LIST**
**In re Currie Technologies, Inc.**
**Case No. SV07-12609 GM**

Attorneys for Debtor and Debtor-in-Possession
Philip A. Gasteier, Esq.
Timothy J. Yoo, Esq.
Jeremy W. Faith, Esq.
Robinson, Diamant & Wolkowitz
1888 Century Plaza East, Ste. 1500
Los Angeles, CA 90067

S. Margeaux Ross, Esq.
Office of the U.S. Trustee
21051 Warner Center Lane, Ste. 114
Woodland Hills, CA 91367

Debtor and Debtor-in-Possession
c/o Larry Pizzi, CFO
Currie Technologies Inc.
9453 Owensmouth Ave.
Chatsworth, CA 92453

Counsel for Troy & Gould
Christopher A. Lilly, Esq.
Troy & Gould
1801 Century Park East, 16th Fl.
Los Angeles, CA 90067

Special Notice:
Robert Silvis, Esq.
Pacific Cycle, Inc.
4902 Hammasley Rd.
Madison, WI 53711

Co-Counsel for Malcolm R. Currie
Jeffrey W. Kramer, Esq.
Troy & Gould
1801 Century Park East, 16th Fl.
Los Angeles, CA 90067

Counsel for Chinatrust Bank (USA)
Paul S. Arrow, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-2457

Counsel for Creditor Malcolm R. Currie
David W. Meadows, Esq.
Law Offices of David W. Meadows
1801 Century Park East, Ste. 1250
Los Angeles, CA 90067

Counsel for Capital Factors, LLC
J. Alexandra Rhim, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-2457

Counsel for Creditors CSW Energy Svc. & American Electric Power Co.
Patrick A. Long
Warren B. Campbell
Long Williamson & Delis
5 Hutton Centre Dr., Ste. 1000
Santa Ana, CA 92707

Counsel for Sunnex International Co., Ltd. & Yao Ming Wu
Brian L. Davidoff, Esq.
Eric C. Peterson, Esq.
Rutter Hobbs & Davidoff Inc.
1901 Ave. of the Stars, 17th Fl.
Los Angeles, CA 90067

Attorneys for Creditors CSW Energy Svcs & American Electric Power Co.
Russell R. Johnson III, Esq.
Law Offices of Russell R. Johnson III
2258 Wheatlands Dr.
Manakin-Sabot, VA 23103

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Counsel for Creditor Fonda & Fraser
Daniel K. Dik, Esq.
Fonda & Fraser LLP
100 West Broadway, Ste. 650
Glendale, CA 9120

CWY Credit
Bankruptcy Dept.
Con-Way Freight
5555 Rufe Snow Dr.
North Richland Hills, TX 76180

**Request for Special Notice**

Robert W. Barnes
rbarnes@rpab.com
Sandra Khalili
skhalili@rpab.com
Resch Polster Alpert & Berger LLP
9200 Sunset Blvd., 9th Fl.
Los Angeles, CA 90069
310-277-8300 tel
310-552-3209 fax

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA